```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUAN ROMAN, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY          21-cv-5939 (JGK)
SITUATED,
                                         ORDER
                Plaintiffs,

     - against -

GREENWICH VILLAGE DENTAL ARTS P.C.,
AND ADVANCED DENTAL ARTS, P.C.,

                Defendants.

JOHN G. KOELTL, District Judge:

   The November 3, 2021 conference in this case is **canceled**.

SO ORDERED.
Dated:   New York, New York
         October 27, 2021

                                    _____
                                           John G. Koeltl
                                    United States District Judge