```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JUAN ROMAN, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY            21-cv-5939 (JGK)
SITUATED,
                                        ORDER
                    Plaintiff,

          - against -

GREENWICH VILLAGE DENTAL ARTS P.C.,
AND ADVANCED DENTAL ARTS, P.C.,

                    Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

As discussed at today's conference, the plaintiff should file an amended complaint by January 28, 2022. The defendants should move or answer by February 18, 2022. If a motion is made, the plaintiff should respond by March 11, 2022. The defendants may reply by March 23, 2022. If no motion is made, the parties should file a Rule 26(f) report by March 11, 2022.

SO ORDERED.

Dated:   New York, New York
         January 7, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge