UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN ROMAN, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY            21-cv-5939 (JGK)
SITUATED,

                      Plaintiff,

                                      ORDER
  - against -

GREENWICH VILLAGE DENTAL ARTS P.C.,
AND ADVANCED DENTAL ARTS, P.C.,

                      Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court has already set a briefing schedule for the defendants' anticipated motion to dismiss the Amended Complaint. See ECF No. 20. No further pre-motion conference is required for the defendants to make a motion to dismiss. Because the Court has already set a briefing schedule, the plaintiff's request for a default is **denied**.

    The revised briefing schedule is as follows: the defendants should file their motion to dismiss by March 4, 2022. The plaintiff should respond by March 25, 2022. The defendants may reply by April 6, 2022.

**SO ORDERED.**

Dated:   New York, New York
           February 22, 2022

                                              John G. Koeltl
                                     United States District Judge