UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN ROMAN, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiff,

- against -

GREENWICH VILLAGE DENTAL ARTS P.C.,
AND ADVANCED DENTAL ARTS, P.C.,

        Defendants.

21-cv-5939 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  The defendants' first motion to dismiss, Docket No. 17, is **dismissed without prejudice as moot** because the plaintiff was allowed to submit an amended complaint and the defendants have made another motion to dismiss. The Clerk is directed to close Docket No. 17.

  The pending motion to dismiss is now fully briefed. The defendants should submit one set of paper courtesy copies of all papers filed in connection with the motion to dismiss.

SO ORDERED.

Dated: New York, New York
    May 6, 2022

              _____
               John G. Koeltl
              United States District Judge