UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN ROMAN,

                Plaintiff,          21-cv-5939 (JGK)

   - against -                ORDER

GREENWICH VILLAGE DENTAL ARTS P.C.,
ET AL.
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 28, 2022.

SO ORDERED.
Dated:   New York, New York
          September 13, 2022

                                                John G. Koeltl
                                    United States District Judge